JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ROBERTO SATTIN and LESLEY J. SATTIN,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. SACV 18-01288 AG (ADSx)<br><br>**JUDGMENT** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Counter-Claimant,<br><br>v.<br><br>ROBERTO SATTIN and LESLEY J. SATTIN,<br><br>Counter-Defendants. | |

The Court enters Judgment against Plaintiffs Roberto and Lesley Sattin and in favor of Defendant Prudential Insurance Company of America.

Dated August 13, 2019

                                                    Hon. Andrew J. Guilford
                                                  United States District Judge